Todd Blanche
Attorney General of the United States
Frieda K. Zimmerman
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 19 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

REBU MIGUEL ROSE,

Defendant.

4:26-CR-6031-MKD

INDICTMENT

Vios: 18 U.S.C. § 1708
Mail Theft
(Count 1)

18 U.S.C. § 1349
Conspiracy to Commit Wire Fraud and Bank Fraud
(Count 2)

18 U.S.C. §§ 981, 982
28 U.S.C. § 2461
Forfeiture Allegations

The Grand Jury charges:

GENERAL ALLEGATIONS

1. At all times relevant to this Indictment, Bank of America was a financial institution insured by the Federal Deposit Insurance Corporation.

2. At all times relevant to this Indictment, P.M.C. and P. & R. were businesses located in the Eastern District of Washington.

//

## The Conspiracy and Scheme to Defraud

3. Beginning on a date unknown but no later than August 10, 2024, and continuing to a date unknown but at least September 11, 2024, in the Eastern District of Washington and elsewhere, Defendant REBU MIGUEL ROSE and other unnamed conspirators, did conspire, confederate, and agree to commit the following offenses:

a. They devised, intended to devise, and participated in, a scheme, artifice, and conspiracy designed to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and thereby use or cause to be used an interstate wire.

b. They knowingly and with intent to defraud, devised a scheme and plan to defraud Bank of America, a financial institution as defined by 18 U.S.C. § 20, and in order to obtain money under the custody and control of a financial institution, by means of materially false and fraudulent pretenses, representations, and promises.

## Manner and Means

It was part of this scheme and conspiracy that, in the Eastern District of Washington and elsewhere:

4. On or about August 10, 2024, in the Eastern District of Washington, Defendant REBU MIGUEL ROSE unlawfully accessed a mailbox on E. Wiser Parkway in Kennewick, Washington, and stole the mail inside, including the following:

a. Envelope addressed to business C.R.C., containing Check No. 4513 in the amount of $69,008.25, written from the business account of P.M.C.

b. Envelope addressed to business F.A.C., containing Check No. 4376 in the amount of $11,233.54, written from the business account of P.M.C.

c. Envelope addressed to business A.C., containing Check No. 4414 in the amount of $73,658.54, written from the business account of P.M.C.

d. Envelope addressed to business I.I.I., containing Check No. 2872 in the amount of $10,579.78, written from the business account of P. & R.

5. Defendant REBU MIGUEL ROSE then provided stolen checks to his conspirators. Stolen checks were fraudulently altered and deposited via interstate wires by conspirators using the Fidelity Mobile Application, including as follows:

a. Check No. 4513 was fraudulently altered such that it purported to be written to K.C. On or about August 12, 2024, the fraudulently altered Check No. 4513 was deposited into a Fidelity account ending in 5443 in the name of K.C.

b. Check No. 4376 was fraudulently altered such that it purported to be written to D.B.S. On or about August 14, 2024, the fraudulently altered Check No. 4376 was deposited into a Fidelity account ending in 5118 in the name of D.B.S.

c. Check No. 4414 was fraudulently altered such that it purported to be written to T.G. On or about August 19, 2024, the fraudulently altered Check No. 4414 was deposited into a Fidelity account ending in 0266 in the name of T.G.

d. Check No. 2872 was fraudulently altered such that it purported to be written to E.K. On or about August 20, 2024, the fraudulently altered Check No. 2872 was deposited into a Fidelity account ending in 6342 in the name of E.K.

6. Additionally, stolen checks were used to create additional fraudulent checks using the bank account information from the victim businesses, and deposited the fraudulently created checks, including the following:

a. Conspirators used the account information from the stolen checks written from the business account of P.M.C. to fraudulently create Check No. 4639, which fraudulently purported to be written to from the P.M.C. business account to H.G. On or about August 30, 2024, the fraudulently created Check No. 4639 was deposited into a Bank of America account ending in 1451 in the name of H.G.

b. Conspirators used the account information from the stolen checks written from the business account of P.M.C. to fraudulently create Check No. 4893, which fraudulently purported to be written to from the P.M.C. business account to C.F. On or about September 6, 2024, the fraudulently created Check No. 4893 was deposited into a Fidelity account ending in 6608 in the name of C.F.

c. Conspirators used the account information from the stolen checks written from the business account of P.M.C. to fraudulently create Check No. 4894, which fraudulently purported to be written to from the P.M.C. business account to K.L. On or about September 9, 2024, the fraudulently created Check No. 4894 was deposited into a Fidelity account ending in 0051 in the name of K.L.

d. Conspirators used the account information from the stolen checks written from the business account of P.M.C. to fraudulently create Check No. 4601, which fraudulently purported to be written to from the P.M.C. business account to

C.J. On or about September 11, 2024, the fraudulently created Check No. 4601was deposited into a Fidelity account ending in 1559 in the name of C.J.

7. As a result of the fraudulent scheme and conspiracy, the conspirators obtained more than $86,000 to which they were not entitled.

COUNT 1
18 U.S.C. § 1708 – Mail Theft

8. The allegations contained in paragraphs 1 through 7 of this Indictment are incorporated as though realleged herein.

9. On or about August 10, 2024, in the Eastern District of Washington, the Defendant REBU MIGUEL ROSE did steal and take from and out of an authorized depository for mail matter any letter and mail, to wit, a letter addressed to to C.R.C. containing Check No. 4513 written from the business account of P.M.C, a letter addressed to F.A.C. containing Check No. 4376 written from the business account of P.M.C, a letter addressed to A.C. containing Check No. 4414 written from the business account of P.M.C., and a letter addressed to I.I.I. containing Check No. 2872 written from the business account of P. & R., all in violation of 18 U.S.C. § 1708.

COUNT 2
18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud and Bank Fraud

10. The allegations contained in paragraphs 1 through 7 of this Indictment are incorporated as though realleged herein.

11. Beginning no later than on or about August 10, 2024, and continuing through at least September 11, 2024, in the Eastern District of Washington and elsewhere, Defendant REBU MIGUEL ROSE, and other conspirators known and unknown, knowingly and willfully conspired, combined, and agreed to commit offenses:

a. to devise and participate in a scheme or plan to defraud or obtain money or property by materially false or fraudulent pretenses, representations, or promises, and thereby use or cause to be used an interstate wire, in violation of 18 U.S.C. § 1343; and

b. to knowingly execute or attempt to execute a scheme to defraud a federally-insured financial institution and obtain money in its custody and control, in violation of 18 U.S.C. § 1344(1) and (2),

all in violation of 18 U.S.C. § 1349.

NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated herein by this reference for the purpose of alleging forfeitures.

Mail Theft

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of an offense) in violation of 18 U.S.C. § 1708, Mail Fraud, as set forth in Count 1 of this Indictment, the Defendant, REBU MIGUEL ROSE, shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to:

MONEY JUDGMENT

A sum of money in United States currency representing the amount of proceeds obtained as a result of the mail theft offense(s).

Conspiracy to Commit Wire Fraud and Bank Fraud

Pursuant to 18 U.S.C. § 982(a)(2)(A), upon conviction of an offense in violation of 18 U.S.C. § 1349, Conspiracy to Commit Wire Fraud and Bank Fraud, as set forth in Count 2 of this Indictment, the Defendant, REBU MIGUEL ROSE, shall forfeit to the United States of America, any property constituting, or derived

from, proceeds obtained, directly or indirectly, as a result of such violation. The property to be forfeited includes, but is not limited to:

<u>MONEY JUDGMENT</u>

A sum of money in United States currency representing the amount of proceeds obtained as a result of the Conspiracy to Commit Wire Fraud and Bank Fraud offense.

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

//

//

//

//

//

//

//

//

//

//

//

//

pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. 2461(c) and/or 18 U.S.C. § 982(b)(1). All pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461(c).

DATED this 19 day of August 2026.

A TRUE BILL

[redacted]

Todd Blanche
Attorney General

Alison L. Gregoire
Criminal Chief

Frieda K. Zimmerman
Assistant United States Attorney